JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 15-04111 BRO (AGRx) | Date | December 9, 2016 |
|---|---|---|---|
| Title | Dikai Industrial Shenzhen Co., Ltd. v. Michel D Or Limited of Hong Kong et al | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

### ORDER RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff filed a Complaint with this Court on June 1, 2016 (Dkt. No. 1).

On May 3, 2016, the Court issued an Order granting an additional extension of time of 180 days, up to and including October 22, 2016, to file a Dismissal or a Proof of Service in this matter. On November 17, 2016, the Court ORDERED Plaintiff to file a Dismissal of the action on or before November 21, 2016 or, in the alternative a detailed Status Report.

The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time. To date, however, no response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |